United States Bankruptcy Court

Central District of California

In re:  
Sandra Del Carmen Gomez  
    Debtor

Case No. 19-18489-ER  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 15, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sandra Del Carmen Gomez, 1056 1/2 N Oxford Avenue, Los Angeles, CA 90029-2333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P Pringle (TR) | brenfro@rpmlaw.com  jpp@trustesolutions.net;jpringle@rpmlaw.com |
| Scott Kosner | on behalf of Debtor Sandra Del Carmen Gomez tyson@tysonfirm.com |
| Toan B Chung | on behalf of Trustee John P Pringle (TR) tbchung@rpmlaw.com toan.b.chung@gmail.com;bankpara@rpmlaw.com;brenfro@rpmlaw.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Vincent V Frounjian | on behalf of Creditor HONDA LEASE TRUST vvf.law@gmail.com |

TOTAL: 5

Toan B. Chung, SBN 276505
**ROQUEMORE PRINGLE & MOORE, INC.**
6055 E. Washington Blvd. Ste 500
Los Angeles, CA 90040
Tel No. (323) 724-3117
Fax No. (323) 724-5410

Attorney for John P. Pringle,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 15 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez    DEPUTY CLERK**

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>SANDRA DEL CARMEN GOMEZ,<br><br>Debtor. | Case No. 2:19-bk-18489-ER<br><br>Chapter 7<br><br>**ORDER ~~APPROVING~~ GRANTING COMPROMISE OF CONTROVERSY**<br><br>**[Fed. R. Bankr. P. 9019 and Local Bankr. R. 9013-1(o)(2)]**<br><br>Date:    [No Hearing Required]<br>Time:   [No Hearing Required]<br>Place:   U.S. Bankruptcy Court<br>            Courtroom 1568<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

**IN SAID DISTRICT AT LOS ANGELES, CALIFORNIA ON THE DATE ASCRIBED BELOW:**

The Court, having considered the motion (the "Motion") of John P. Pringle, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtor Sandra Del Carmen Gomez (the "Debtor") in Case No. 2:19-bk-18489-ER (the "Bankruptcy Case"), for an order approving a compromise of controversy (the

1

"Settlement") and the declaration of the Trustee's counsel attesting to the lack of opposition to the Motion, found good cause for granting same.

The Court, in considering the Motion, found that no party in interest has timely filed and served an opposition to the Motion and that the Settlement was entered into in good faith and is in the best interest of the Estate and the creditors.

Having reviewed the Motion, the Memorandum of Points and Authorities, the declarations and exhibits, and good cause shown, the Court finds as a matter of fact, and concludes as a matter of law, it is hereby

**ORDERED** that the Motion is granted in its entirety; and it is hereby

**FURTHER ORDERED** that the Settlement Agreement attached to the Motion as Exhibit "3" is approved; and it is hereby

**FURTHER ORDERED** that upon (1) receipt of the settlement funds and (2) receipt of an Order from the Court approving the Agreement, the Trustee is authorized to disburse $450,000.00 in fees and $25,878.57 in costs to Special Counsel, Karns & Karns, LLP, without further order from the Court; and it is hereby

**FURTHER ORDERED** that upon (1) receipt of the settlement funds and (2) receipt of an Order from the Court approving the Agreement, the Trustee is authorized to disburse $192,029.04 to satisfy the reduced medical liens, without further order from the Court; and it is hereby

**FURTHER ORDERED** that upon (1) receipt of the settlement funds and (2) receipt of an Order from the Court approving the Agreement, the Trustee is authorized to disburse $30,000.00 to the Debtor per her claimed exemption.

**IT IS SO ORDERED.**

###

Date: February 15, 2022

Ernest M. Robles
United States Bankruptcy Judge

3